California Department of Corrections and Rehabilitation, et al.

562 U.S. 1228, 131 S. Ct. 1487, 179 L. Ed. 2d 320, 2011 U.S. LEXIS 1484.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-7868. Leugardo Martinez, Petitioner v. L. E. Scribner, Warden.**

562 U.S. 1228, 131 S. Ct. 1487, 179 L. Ed. 2d 321, 2011 U.S. LEXIS 1444.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-7869. Kenny Barnes, aka Kenneth Barnes, Petitioner v. Mississippi Department of Human Services.**

562 U.S. 1228, 131 S. Ct. 1487, 179 L. Ed. 2d 321, 2011 U.S. LEXIS 1613.

February 22, 2011. Petition for writ of certiorari to the Supreme Court of Mississippi denied.

Same case below, 42 So. 3d 10.

**No. 10-7871. Ali Partovi, Petitioner v. Eric H. Holder, Jr., Attorney General, et al.**

562 U.S. 1228, 131 S. Ct. 1487, 179 L. Ed. 2d 321, 2011 U.S. LEXIS 1581,

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-7872. Ali Partovi, Petitioner v. Jamison Matuszewski, et al.**

562 U.S. 1228, 131 S. Ct. 1488, 179 L. Ed. 2d 321, 2011 U.S. LEXIS 1526.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

**No. 10-7873. Sha Phillip Devon, Petitioner v. Jerome W. Walsh, Superintendent, State Correctional Institution at Dallas.**

562 U.S. 1228, 131 S. Ct. 1557, 179 L. Ed. 2d 321, 2011 U.S. LEXIS 1507.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-7874. Dennis Lloyd Jewell, Petitioner v. Matthew Cate, Secretary, California Department of Corrections and Rehabilitation.**

562 U.S. 1228, 131 S. Ct. 1488, 179 L. Ed. 2d 321, 2011 U.S. LEXIS 1619.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-7876. Brach Edward Norris, Petitioner v. Stephen P. Sinclair, Superintendent, Washington State Penitentiary.**

562 U.S. 1228, 131 S. Ct. 1557, 179 L. Ed. 2d 321, 2011 U.S. LEXIS 1659,

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 622 F.3d 1276.

**No. 10-7880. Gary Kenneth Williams, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections, et al.**

562 U.S. 1228, 131 S. Ct. 1488, 179 L. Ed. 2d 321, 2011 U.S. LEXIS 1517.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 395 Fed. Appx. 524.